CHARLES W. WEEKS, Appellant, *v.* DYER D. S. BROWN, Respondent.

(Argued November 21, 1872; decided November 26, 1872.)

Decided upon the facts in the case.

*Amasa J. Parker* for the appellant.

*Ely & Husbands* for the respondent.

GROVER, J., reads opinion for affirmance.
All concur, except RAPALLO, J., not voting.
Judgment affirmed.